# UNITED STATES DISTRICT COURT

for the

Southern District of Texas
Houston Division

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D.<br>*Plaintiff*<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE CO.<br>*Defendant* | ) ) ) ) ) | Case No. 4:18-cv-03372 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The Lincoln National Life Insurance Company .

Date: 11/20/2018

/s/ Rebecca K. Bryant
*Attorney's signature*


Rebecca K. Bryant, ARDC No. 6318098
*Printed name and bar number*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
*Address*

rebecca.bryant@ogletree.com
*E-mail address*

(312) 558-1252
*Telephone number*

(312) 807-3619
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following through the Court's CM/ECF system:

Britany Anne Heath McDonald
britney@marcwhitehead.com

Marc S. Whitehead
marc@marcwhitehead.com

/s/Rebecca K. Bryant
Rebecca K. Bryant