IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO. 4:18-CV-3372 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | § § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Came on this day the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having considered the Motion and finding it to be unopposed, the Motion is GRANTED. IT IS THEREFORE ORDERED that Defendant shall file its answer or other responsive pleading on or before December 26, 2018.

SO ORDERED.

Signed this _____ day of ____________________, 2018.

________________________________________

UNITED STATES DISTRICT JUDGE

DISTRIBUTION:

Rebecca K. Bryant
rebecca.bryant@ogletree.com

Marc S. Whitehead
marc@marcwhitehead.com

Britany Anne Heath McDonald
britney@marcwhitehead.com