IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-3372 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln National Life Insurance Company ("Defendant"), by and through its counsel, respectfully requests an extension of time through and including January 16, 2019 to answer or otherwise respond to Plaintiff's Complaint (Doc. No. 1). Defendant states the following in support of its motion:

1. Defendant's responsive pleading is currently due on or before December 26, 2018 (Doc. No. 10). Defendant is within the period to answer or otherwise respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12.

2. Defendant seeks a 21-day extension of time, up to and including January 16, 2019, within which to file its responsive pleading in order to investigate Plaintiff's allegations and adequately prepare its response.

3. The second requested extension is also requested to allow the parties to explore the possibility of early case resolution.

4. This motion is made in good faith and not for purposes of vexation, harassment, or undue delay.

5. This is Defendant's second request for extension of time.

6. Defendant's counsel has conferred with Plaintiff's counsel, who indicated that Plaintiff agrees to the second extension of time requested herein.

WHEREFORE, Defendant Lincoln National Life Insurance Company respectfully requests that the Court grant its motion and extend its time to file a response to Plaintiff's Complaint through and including January 16, 2019.

Dated this 19th day of December, 2018.

Respectfully submitted,

/s/ Rebecca K. Bryant

Rebecca K. Bryant
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Rebecca.Bryant@ogletree.com
155 N. Wacker Drive
Suite 4300
Chicago, IL 60606
312.558.1220; 312.807.3619 (Fax)
Rebecca.bryant@ogletree.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following through the Court's CM/ECF system:

Britany Anne Heath McDonald
britney@marcwhitehead.com

Marc S. Whitehead
marc@marcwhitehead.com

/s/Rebecca K. Bryant
Rebecca K. Bryant

36731976.1