IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-3372 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | § | |

**<u>LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION</u>**

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), files this list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities which are believed to be financially interested in the outcome of this litigation:

1. Plaintiff, Melanie Springer-Tollett, M.D.

2. Defendant, The Lincoln National Life Insurance Company, an insurance company. The Lincoln National Life Insurance Company is a wholly owned subsidiary of the <u>Lincoln National Corporation</u>, a publicly held corporation.

3. Marc Whitehead & Associates, Counsel for Plaintiff.

4. Mare Whitehead, Counsel for Plaintiff.

5. Britney McDonald, Counsel for Plaintiff.

6. Rebecca K. Bryant, Counsel for Defendant.

7. Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Counsel for Defendant.

Respectfully submitted,

/s/ Rebecca K. Bryant

Rebecca K. Bryant, ARDC No. 6318098
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60606
Ph: 312.558.1252
Fax: 312.807.3619
rebecca.bryant@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019 the foregoing was filed electronically and service of same will be made on all counsel of record through the Court's ECF system:

Marc Whitehead
marc@marcwhitehead.com

Britney McDonald
britney@marcwhitehead.com

s/ *Rebecca K. Bryant*