**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C A NO. 4:18-CV-3372 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

AGREED MOTION TO RESCHEDULE INITIAL PRETRIAL
AND SCHEDULING CONFERENCE

1. An initial pretrial and scheduling conference in the above referenced case is scheduled for February 1, 2019 at 1:30pm

2. Parties stipulation their agreement to continue the scheduling conference.

3. Plaintiff's counsel will be traveling on February 1, 2019 and Defendant's counsel is not opposed to a continuance of this setting.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P., LTD

By: ______________________
Marc S. Whitehead
Tex. Bar No. 00785238
S.D. Tex. Bar No. 15465
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
Melanie Springer-Tollett M.D.

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Plaintiff had a conference with all parties regarding the substance of this motion. Counsel for the Defendant as agreed to this motion.

/s/ Marc Whitehead
Marc S. Whitehead
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2019, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "notice of Electronic Filing" all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

/s/ Marc S. Whitehead
Marc S. Whitehead