**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C A NO. 4:18-CV-3372 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER RESETTING SCHEDULING CONFERENCE**

**After considering the parties Motion to Reset Scheduling Conference, the Court GRANTS the Motion. The Scheduling Conference is reset for**

**_________________, 2019.**

_____________________________
**Judge Vanessa D. Gilmore**

_____________________________
**Date**