United States District Court
Southern District of Texas
**ENTERED**
January 23, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C A NO. 4:18-CV-3372 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER RESETTING SCHEDULING CONFERENCE**

**After considering the parties Motion to Reset Scheduling Conference, the Court GRANTS the Motion. The Scheduling Conference is reset for**

February 15 **, 2019.** at 1:30 pm.

[signature]
**Judge Vanessa D. Gilmore**

January 23, 2019
**Date**