IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-3372 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff, Melanie Springer-Tollett, M.D., ("Plaintiff") and Defendant, The Lincoln National Life Insurance Company ("Defendant") (collectively the "Parties"), through counsel, move the Court to amend the Scheduling Order and extend the current deadlines by 60-days as set forth below. The Parties state the following in support:

1. The Scheduling Order ("Order") was entered on February 15, 2019, [Doc. No. 18].

2. The Order sets forth the following relevant deadlines: Amendments to Pleadings and Addition of New Parties is scheduled for **March 1, 2019**; Discovery Cutoff is scheduled for **June 1, 2019**; Dispositive Motions shall be filed no later than **July 1, 2019**; Defendant's Pretrial Order due no later than **September 20, 2019**; Plaintiff's deadline to file the Pretrial Order no later than **September 23, 2019** and All Motions in Limine must be filed on **September 23, 2019**; Docket Call is set for **September 27, 2019** at 1:30 pm in Courtroom 9A; and the Trial is set for the month of **October 2019**.

3. Defendant filed its answer on January 16, 2019. [Doc. No. 13]

4. The Parties have agreed to schedule a private mediation and are in the process of agreeing upon a mediator and scheduling mediation.

5. The Parties agree the all dates in the scheduling order should be re-set as follows:

- Discovery Cutoff: **July 31, 2019**;
- Dispositive Motions: **August 30, 2019**;
- Defendant's Pretrial Order due to Plaintiff by **November 19, 2019**;
- Plaintiff's deadline to file the Pretrial Order by **November 22, 2019**;
- Deadline to file all Motions in Limine by **November 22, 2019**;
- Docket Call is scheduled for **(to be scheduled by the Court);**
- Trial: **(to be scheduled by the Court)**.

6. Additionally, extending the pending deadlines in the Order will allow the Parties to focus their time and resources on potential case resolution.

7. No previous requests for extension of time have been filed related to the deadlines described herein.

8. As outlined above, this motion shall effect the scheduled trial date and other deadlines.

9. This amendment to the Order will not unduly delay the final adjudication of this matter, nor will it prejudice any of the Parties.

10. This request is made in good faith and for good cause, and not in an attempt to unduly delay proceedings.

**WHEREFORE**, the Parties respectfully requests that the Court to amend the Scheduling Order as proposed and for all other just and proper relief.

Respectfully submitted by,

/s/ Britney McDonald (with consent)
Britney McDonald, TX Bar No. 24082158
Marc Whitehead & Associates, Attorneys at Law, LLP
5300 Memorial Drive, Suite 725
Houston, TX 77007
Tel: 713-228-8888
Fax: 713-225-0940
britney@marcwhitehead.com

Marc Whitehead, TX Bar No. 00785238
Marc Whitehead & Associates, Attorneys at Law, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Tel: 713-228-8888
Fax: 713-225-0940
marc@marcwhitehead.com

***ATTORNEYS FOR PLAINTIFF***

/s/ Rebecca K. Bryant
Rebecca K. Bryant, ARDC No. 6318098
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60606
Ph: 312.558.1252
Fax: 312.807.3619
rebecca.bryant@ogletreedeakins.com

***ATTORNEYS FOR DEFENDANT:***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on May 31, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

marc@marcwhitehead.com

britney@marcwhitehead.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

NONE

/s/ Rebecca K. Bryant

38625508.1