IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:18-CV-3372 |

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Scheduling Order [Dkt. #19]. The Court, having reviewed said Motion and being duly advised, now **GRANTS** same. The deadlines in the Scheduling Order shall be amended as follows:

- Discovery Cutoff: July 31, 2019;
- Dispositive Motions: August 30, 2019;
- Defendant's Pretrial Order due to Plaintiff by November 19, 2019;
- Plaintiff's deadline to file the Pretrial Order by November 22, 2019;
- All Motions in Limine must be filed by November 22, 2019;
- Docket Call is scheduled for (to be scheduled by the Court);
- Trial: December 2019 – to be scheduled by the Court.

Signed this _____ day of _____, 2019.

_______________________________________
JUDGE, UNITED STATES DISTRICT JUDGE