United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-3372 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | § § § § § | |

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Scheduling Order [Dkt. #19]. The Court, having reviewed said Motion and being duly advised, now **GRANTS** same. The deadlines in the Scheduling Order shall be amended as follows:

- Discovery Cutoff: July 31, 2019;
- Dispositive Motions: August 30, 2019;
- Defendant's Pretrial Order due to Plaintiff by November 15, 2019;
- Plaintiff's deadline to file the Pretrial Order by November 18, 2019;
- All Motions in Limine must be filed by November 18, 2019;
- Docket Call is scheduled for November 22, 2019 at 1:30 p.m.
- Trial: December 2019 – to be scheduled by the Court.

Signed this 31st day of May 2019.

[signature]
JUDGE, UNITED STATES DISTRICT JUDGE