**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:18—cv—03372 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO RESET DEADLINES

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Melanie Springer, Plaintiff in the above-entitled and numbered cause, and files this, Joint Motion to Reset Deadlines within the Court's order on May 31st, 2019 and would present unto this Honorable Court as follows:

1. The Court set the following deadlines in the Parties' Joint Motion to Amend the Scheduling Order [Dkt. #19] on May 31st, 2019 [Dkt. #20]:

July 31, 2019 DISCOVERY CUTOFF

August 30, 2019 DISPOSITIVE MOTIONS

2. Plaintiff's Attorney has been out of the office on maternity leave during the Parties' discussions, having returned in the past week. This leave unexpectedly began a month before it was planned and the Attorney's absence from the office has effectively prolonged the time it has taken to respond to negotiations within the present cause of action. While the Parties have continued discussions regarding discovery issues, disputes, and settlement negotiations, in

order to comprehensively discuss these issues, the Parties need more time than they have previously anticipated. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request the Court to reset the deadlines.

3. This Joint Motion to Reset Deadlines is not filed for purpose of delay, but only so that justice may be done.

**WHEREFORE**, the Parties respectfully request that the Court enter an order resetting the Scheduling and Docket Control Order as follows:

| | |
|---|---|
| September 30, 2019 | DISCOVERY CUTOFF |
| October 21, 2019 | DISPOSITIVE MOTIONS |

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: /s/ Britney McDonald

Britney McDonald, TX Bar No. 24083158
Marc Whitehead & Associates,
Attorneys at Law, LLP
403 Heights Blvd.
Houston, TX 77007
Tel: 713-228-8888
Fax: 713-225-0940
britney@marcwhitehead.com

By: /s/ Rebecca Bryant

Rebecca Bryant
Rebecca K. Bryant, ARDC No. 6318098
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300

Chicago, Illinois 60606
Ph: 312.558.1252
Fax: 312.807.3619
rebecca.bryant@ogletreedeakins.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:18—cv—03372 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO RESET DEADLINES**

IT IS HEREBY ORDERED that the Joint Motion to Reset Deadlines is GRANTED.

The clerk shall enter this Order and provide a copy to all Parties.

SIGNED on this the ____ day of ____________, 2019.

______________________________
United States District Judge