United States District Court
Southern District of Texas
**ENTERED**
July 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3372 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO RESET DEADLINES**

On this day, the Court considered the parties' Joint Motion to Reset Deadlines of the scheduling order deadlines. After reviewing the Motion, the Court is of the opinion that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the scheduling order deadlines are modified as follows:

Discovery deadline **September 30, 2019.**

Motions deadline **October 21, 2019.**

Joint Pretrial Order to be filed by **February 24, 2020.**

Docket Call set for **February 28, 2020** at 1:30 p.m. in Courtroom 9A.

Trial set for the month of March 2020.

SIGNED on this the 22nd day of July, 2019 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE