**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:18-CV-3372 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# STIPULATION OF DISMISSAL

Plaintiff Melanie Springer-Tollett announces to the Court that the matters in controversy herein have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release executed by the parties, the parties stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted herein by and between Plaintiff and Defendant be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs be taxed against the party incurring them.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Marc Whitehead

Marc S. Whitehead
State Bar No. 00785238
S.D. No. 15465
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically transmitted the foregoing **STIPULATION OF DISMISSAL** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

s/ Marc Whitehead
Marc S. Whitehead