United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MELANIE SPRINGER-TOLLETT, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:18-CV-3372 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

The Parties have advised the Court that they have settled their differences. Accordingly, the Court hereby dismisses the causes of action, with prejudice. All costs of court are taxed against the party incurring said costs. All further relief is denied.

SIGNED this ___ day of November, __2019.

George C. Hanks Jr.
United States District Judge